Argued and submitted March 29, convictions and sentences affirmed in part and vacated in part May 15, 1991

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM DRUMMOND,
*Appellant.*

(8903-31113; CA A62660)

810 P2d 413

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for delivery of a controlled substance and two convictions for possession of a controlled substance. ORS 475.992. Defendant contends that one of the convictions for possession should have merged with the delivery conviction, because they were both part of the same transaction. ORS 161.062(1); *State v. Garcia,* 104 Or App 453, 801 P2d 894 (1990), *rev den* 311 Or 150 (1991); *State v. Finn,* 79 Or App 439, 719 P2d 898 (1986). We accept the state's concession of error.

Defendant's remaining assignment of error is without merit.

Convictions and sentences for delivery of a controlled substance and possession of a controlled substance (cocaine) affirmed; conviction and sentence for possession of a controlled substance (marijuana) vacated.